23 F.3d 401
NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
 Jason Sotiris KARAVIAS, II, Plaintiff Appellant,
v.
Dave SMITH; Buckingham Correctional Center; Sergeant
Stearett; Jessie M. Davis; Correctional Officer
Banks; C. O. Chambers, Defendants Appellees.
 No. 94-6211.
 United States Court of Appeals, Fourth Circuit.
 Submitted: April 21, 1994.
Decided: May 20, 1994.
 
 Appeal from the United States District Court for the Western District of Virginia, at Roanoke. James H. Michael, Jr., District Judge. (CA-92-324-R)
 Jason Sotiris Karavias, II, Appellant Pro Se.
 Mary Elizabeth Shea, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.
 W.D.Va.
 DISMISSED.
 Before ERVIN, Chief Judge, MICHAEL, Circuit Judge, and CHAPMAN, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 Appellant appeals from the district court's order denying his motion for appointment of counsel. We dismiss the appeal for lack of jurisdiction because the order is not appealable.[1] This Court may exercise jurisdiction only over final orders, 28 U.S.C. Sec. 1291 (1988), and certain interlocutory and collateral orders, 28 U.S.C. Sec. 1292 (1988); Fed.R.Civ.P. 54(b); Cohen v. Beneficial Industrial Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.
 
 
 2
 We dismiss the appeal as interlocutory.[2] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 DISMISSED
 
 
 [1]
 This appeal was also filed well beyond the appeal period established by Fed. R.App. P. 4(a)(1)
 
 
 [2]
 We deny Appellant's motion for appointment of counsel